UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| OKWUCHUKWU JIDOEFOR, | Civil No. 22-3147 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES ATTORNEY OFFICE FOR THE DISTRICT OF MN, and ANDREW M. LUGER, | |
| Defendants. | |

---

Okwuchukwu Jidoefor, ADDRESS UNKNOWN, *pro se* plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 18, 2023 (ECF No. 11), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 22, 2023
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge